IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No.: 7:17-CR-35-D-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| BRANDON DARRIS LOCKLEAR, | ) | |
| | ) | |
| Defendant | | |

This matter comes before the Court on the Government's Motion to Seal Exhibit 1 – Defendant's Medical Records [D.E. 711]. For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1 – Defendant's Medical Records [D.E. 711].

SO ORDERED this 7 day of June, 2021.

JAMES C. DEVER III
United States District Court Judge